■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DYVES DARLUS, Also Known as YVES DARIUS, Also Known as YVES DARLUS, Appellant. [666 NYS2d 949] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered May 19, 1997.

Ordered that the judgment is affirmed (see, *People v Pellegrino*, 60 NY2d 636). Copertino, J. P., Joy, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY FAULKENSON, Appellant. [666 NYS2d 954] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered February 16, 1996, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf., *People v Gonzalez*, 47 NY2d 606). Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.